Louis Ablovich, Respondent, *v.* Louise C. Le Reime et al., Appellants.

Appeal by the defendants from a judgment rendered in favor of the plaintiff in the Municipal Court, second district, borough of Manhattan.

Charles C. Levenson, for appellants.

Gustavus A. Rogers, for respondent.

*Per Curiam.* The record failing to show that the residence of the defendants was within the jurisdiction of the Municipal Court, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151.

Present: Freedman, P. J.; MacLean and Leventritt, JJ.

Judgment reversed and new trial ordered, with costs to appellants to abide event.

---

Frank W. Beberdick, Appellant, *v.* The Browning, King & Co., Respondent.

Appeal by the plaintiff from a judgment dismissing the complaint rendered in favor of the defendant in the Municipal Court, second district, borough of Manhattan.

Clarence E. Thornall, for appellant.

James A. Gray, for respondent.

*Per Curiam.* From the record in this case it affirmatively appears that the defendant is a foreign corporation. The court below, therefore, had no jurisdiction, and the judgment must be affirmed. Rieser v. Parker & Co., 27 Misc. Rep. 205.

Present: Freedman, P. J.; MacLean and Leventritt, JJ.

Judgment affirmed, with costs to respondent.